## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| CANDACE HOWELL, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-943-O |
| | § | |
| CITIMORTGAGE, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 11. No objections were filed and the Magistrate's recommendation is ripe for review. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation (ECF No. 11) of the United States Magistrate Judge.

Accordingly, Plaintiff's Emergency Motion to Extend Temporary Restraining Order (ECF No. 6) is **DENIED**.

**SO ORDERED** on this **17th day** of **November, 2016.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**